# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-50356
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 18, 2014

Lyle W. Cayce
Clerk

SYLVIA GONZALES, Individually and as Personal Representative of the
Estate of Adrian Rodriguez, Deceased,

> Plaintiff - Appellant

v.

BEXAR COUNTY, TEXAS; CESARIO NUNEZ; CHRISTOPHER WALSH,

> Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:13-CV-539

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given by
that court. Understandably, plaintiff faults defendants who were trained in
the CPR procedure for not attempting to make the effort to improve Mr.
Rodriguez' breathing when they reached him, but under the circumstances and
this record, we cannot say they were consciously indifferent.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.